IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

| | | | |
|---|---|---|---|
| CHRISTOPHER PERRY, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| Versus | ) | Civil Action No. | 5:09-cv-117 |
| | ) | | GTS/GHL |
| BUCKMAN LABORATORIES, INC., | ) | | |
| | ) | | |
| Defendant. | ) | | |

_____

**FINAL ORDER AND CONSENT JUDGMENT**
_____

After reviewing the Settlement Agreement between Plaintiff and Defendant, and the entire record in the above-captioned action, and, upon joint application of Plaintiff and the Defendant, by their attorneys, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

(1) The Court hereby approves the terms of the Settlement Agreement as fair, reasonable, appropriate, and in accordance with law, and hereby incorporates by reference herein such Settlement Agreement.

(2) Consistent with such Settlement Agreement, this action is hereby dismissed with prejudice; provided, however, that the Court will retain jurisdiction for the purpose of enforcing compliance with the terms of the Settlement Agreement and this Final Order and Consent Judgment.

Dated: __May 22____, 2009.

_____
Hon. Glenn T. Suddaby
U.S. District Judge

M ERY 1957873 v1
2902381-000014 05/13/2009

                                          Judge, United States District Court

Approved as to form:

| | |
|---|---|
| s/ James Francis Barna | s/ Edward R. Young |
| James Francis Barna, Esq. | Edward R. Young, Esq. |
| NDNY Bar Number: 515417 | TN Bar No. 8373 |
| The White House | BAKER, DONELSON, BEARMAN, |
| 7030 East Genesee Street | CALDWELL & BERKOWITZ, PC |
| Fayetteville, New York 13066 | 165 Madison Avenue, Suite 2000 |
| (315) 440-6950 | Memphis, Tennessee 38103 |
| | (901) 577-2341 |
| *Attorney for Plaintiff, Christopher Perry* | *Attorney for Defendant, Buckman Laboratories, Inc.* |